**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-1224**

—————————

ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for
profit corporation; DENISE PAYNE,

                Plaintiffs - Appellants,

        v.

KARAN KRISHNA, LLC, a North Carolina Domestic Company,

                Defendant - Appellee.

—————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   William A. Webb,
Magistrate Judge. (5:10-cv-00123-WW)

—————————

Submitted: October 20, 2011        Decided: November 10, 2011

—————————

Before GREGORY and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Christopher D. Lane, THOMAS B. BACON, PA, Clemmons, North
Carolina, for Appellants.  W. John Cathcart, Jr., BROWN, CRUMP,
VANORE & TIERNEY, L.L.P., Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denise Payne and Access for the Disabled, Inc., appeal the district court's order dismissing their claims arising under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Payne v. Karan Krishna, L.L.C., No. 5:10-cv-00123-WW (E.D.N.C. Mar. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED